IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOVEL AUSTIN, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D16-2565

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed April 19, 2017.

An appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

Noven Austin, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.